E-filing

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1  Kathryn J. Fritz (SBN: 148200) | Kim Zeldin (SBN: 135780) |
|    Rachael G. Samberg (SBN: 223690) | Ronald S. Kravitz (SBN: 129704) |
| 2  FENWICK & WEST LLP | LINER YANKELEVITZ |
|    275 Battery Street, Suite 1500 | SUNSHINE & REGENSTREIF LLP |
| 3  San Francisco, CA 94111 | 199 Fremont Street, 20th Floor |
|    Telephone: (415) 875-2300 | San Francisco, CA 94105-2255 |
| 4  Facsimile: (415) 281-1350 | Telephone: (415) 489-7700 |
|    E-mail: kfritz@fenwick.com | Facsimile: (415) 489-7701 |
| 5 | E-Mail: kzeldin@linerlaw.com |
|    Karen P. Anderson (SBN: 193618) | |
| 6  FENWICK & WEST LLP | JoAnna M. Esty (SBN: 147903) |
|    Silicon Valley Center | LINER YANKELEVITZ |
| 7  801 California Street | SUNSHINE & REGENSTREIF LLP |
|    Mountain View, CA 94041 | 1100 Glendon Avenue, 14th Floor |
| 8  Telephone: (650) 988-8500 | Los Angeles, California 90024-3503 |
|    Facsimile: (650) 938-5200 | Telephone: (310) 500-3500 |
| 9  E-mail: kanderson@fenwick.com | Facsimile: (310) 500-3501 |
| | E-Mail: jesty@linerlaw.com |
| 10 Attorneys for Plaintiff and Counterclaim | |
|    Defendant PROTEGO NETWORKS, INC., and | Howard G. Silverman (*pro hac vice* application |
| 11 Counterclaim Defendants PARTHA | pending) |
|    BHATTACHARYA & IMIN LEE | Vincent C. Cataldo (*pro hac vice* application |
| 12 | pending) |
| | KANE AND SILVERMAN P.C. |
| 13 | The Philadelphian |
| | 2401 Pennsylvania Avenue Suite 1c-44 |
| 14 | Philadelphia, PA 19130 |
| | Telephone: (215) 232-1000 |
| 15 | Facsimile: (215) 232-0181 |
| | E-Mail: hgs@palegaladvice.com, |
| 16 | vcc@palegaladvice.com |
| 17 | Attorneys for Defendant and Counterclaimant, |
| | DANIEL N. ZENCHELSKY |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  PROTEGO NETWORKS, INC., a Delaware | Case No. C05-00464 MJJ |
|     corporation, | |
| 22 | **STIPULATION EXTENDING TIME** |
|            Plaintiff, | **FOR DEFENDANT TO ANSWER** |
| 23 | **AND STIPULATION REGARDING** |
|       v. | **APPLICABLE STATUTE OF** |
| 24 | **LIMITATIONS AND DISMISSAL OF** |
|     DANIEL N. ZENCHELSKY, | **DELAWARE ACTION** |
| 25 | |
|            Defendant. | |
| 26 | |

27

28

STIPULATION
CASE NO. C05-00464 MJJ

|   |   |
|---|---|
| DANIEL N. ZENCHELSKY,<br><br>    Counterclaimant.<br><br>v.<br><br>PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO,<br><br>    Counterclaim Defendants. | Complaint Filed: February 1, 2005 |

Pursuant to N.D. Cal. Civil Local Rule 6-1(a), plaintiff Protego Networks, Inc., now Protego Networks LLC ("Protego") and defendant Daniel N. Zenchelsky stipulated that defendant would have up through and including Wednesday, July 6, 2005, to answer the complaint of plaintiff Protego, and Mr. Zenchelsky filed an answer to the Complaint and asserted a Counterclaim against Protego, and individuals Partha Bhattacharya, Imin Lee and Yu Liao on July 6, 2005 (the "Zenchelsky Counterclaim"). This enlargement of time did not alter the date of any event or any deadline already fixed by Court order.

Counterclaim Defendants Protego, Mr. Bhattacharya and Ms. Lee stipulate and agree that for purposes of any applicable statutes of limitations, the Zenchelsky Counterclaim, filed on July 6, 2005, shall be deemed to have been filed in this action on February 3, 2005. In consideration of this stipulation, Mr. Zenchelsky further stipulates and agrees that on or before July 25, 2005, he will dismiss the action he filed on or about February 3, 2005, against Protego, Imin Lee, Partha

/// ///

/// ///

/// ///

1  Bhattacharya, and Phil Chiu in the United States District Court for the District of Delaware
2  (*Zenchelsky v. Protego Networks, Inc.*, U.S.D.C. Del. Case No. 1:05-cv-00057-GMS).
3  **IT IS SO STIPULATED.**

Dated: July 22, 2005

FENWICK & WEST LLP

By: _____
Kathryn J. Fritz

Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC and Counterclaim Defendants Partha Bhattacharya and Imin Lee

Dated: July 22, 2005

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: _____
Kim Zeldin

Attorneys for Defendant and Counterclaimant
DANIEL N. ZENCHELSKY

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7/25/05
DATE

STIPULATION
CASE NO. C05-00464 MJJ

3