Kathryn J. Fritz (SBN 148200)
Rachael G. Samberg (SBN 223694)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
E-mail: kfritz@fenwick.com

Karen P. Anderson (SBN 193618)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
E-mail: kanderson@fenwick.com

Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA & IMIN LEE

Kim Zeldin (SBN 135780)
Ronald S. Kravitz (SBN 129704)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701
E-Mail: kzeldin@linerlaw.com

JoAnna M. Esty (SBN 147903)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
E-Mail: jesty@linerlaw.com

Howard G. Silverman (*pro hac vice* application pending)
Vincent C. Cataldo (*pro hac vice* application pending)
KANE AND SILVERMAN P.C.
The Philadelphian
2401 Pennsylvania Avenue Suite 1c-44
Philadelphia, PA 19130
Telephone: (215) 232-1000
Facsimile: (215) 232-0181
E-Mail: hgs@palegaladvice.com,
vcc@palegaladvice.com

Attorneys for Defendant and Counterclaimant
DANIEL N. ZENCHELSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>DANIEL N. ZENCHELSKY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C05-00464 MJJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: FIRST AMENDED COUNTERCLAIM**<br><br>Complaint Filed: February 1, 2005 |

STIPULATION
CASE NO. C05-00464 MJJ

1     WHEREAS, at the July 26, 2005 Case Management Conference, the Court ordered the parties to this Stipulation (the "Parties") to meet and confer before counterclaim defendants file any motion to dismiss the counterclaim in this action;

4     WHEREAS, since that time, the Parties have been meeting and conferring in good faith and have tried to narrow and clarify their disputes regarding the sufficiency of the counterclaim;

6     WHEREAS, these meet-and-confer efforts have resulted in the agreement set forth in the below Stipulation;

**IT IS THEREFORE STIPULATED**, by and between counsel for the Parties, who are authorized to execute this Stipulation on their clients' behalf, as follows:

1.     Defendant and counterclaimant Daniel N. Zenchelsky shall file a first amended counterclaim on or before Wednesday, August 17, 2005;

2.     Counterclaim defendants (a) Protego Networks, Inc., now Protego Networks LLC, ("Protego"); (b) Partha Bhattacharya; and (c) Imin Lee do not need to respond to Mr. Zenchelsky's presently pending counterclaim but instead shall have up through and including Tuesday, August 30, 2005, to answer or otherwise respond to his first amended counterclaim;

///
///
///

STIPULATION      2
CASE NO. C05-00464 MJJ

1        3.    If these counterclaim defendants elect to respond to Mr. Zenchelsky's first amended counterclaim by filing a motion to dismiss, the following briefing and hearing schedule will apply:

       a.    Opposition papers filed on or before Tuesday, September 13, 2005;

       b.    Reply papers filed on or before Tuesday, September 20, 2005; and

       c.    Hearing on Tuesday, October 4, 2005, at 9:30 a.m. in Courtroom 11.

**IT IS SO STIPULATED.**

Dated: August 12, 2005         FENWICK & WEST LLP

By: *Rachael Samberg*
Rachael G. Samberg

Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA & IMIN LEE

Dated: August 11, 2005         LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: *Kim Zeldin*

Attorneys for Defendant and Counterclaimant DANIEL N. ZENCHELSKY

**PURSUANT TO GENERAL ORDER 45(X)**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: Aug. 12, 2005         *Rachael Samberg*
Rachael G. Samberg

~~[PROPOSED]~~ ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 8/16, 2005         *Martin J. Jenkins*
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION         3
CASE NO. C05-00464 MJJ

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Embarcadero Center West, 275 Battery Street, San Francisco, California 94111. On the date set forth below, I served a copy of the following document(s):

**STIPULATION AND PROPOSED ORDER RE: FIRST AMENDED COUNTERCLAIM**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Kim Zeldin, Esq.  
Ronald S. Kravitz, Esq.  
Liner, Yankelevits Sunshine & Regenstreif LLP  
199 Fremont Street, 20th Floor  
San Francisco, CA 94105-2255

Howard G. Silverman, Esq.  
Kane & Silverman  
Suite 1C-44  
2401 Pennsylvania Avenue  
Philadelphia, PA 19130

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[ ] **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

[ ] **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

[ ] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

[ ] **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California this 12th day of August, 2005.

_____  
Juanita Webb

STIPULATION  
CASE NO. C05-00464 MJJ