| | |
|---|---|
| Kathryn J. Fritz (SBN 148200)<br>Rachael G. Samberg (SBN 223694)<br>FENWICK & WEST LLP<br>275 Battery Street, Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>E-mail: kfritz@fenwick.com<br><br>Karen P. Anderson (SBN 193618)<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br>E-mail: kanderson@fenwick.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA, IMIN LEE & YU LIAO | Kim Zeldin (SBN 135780)<br>Ronald S. Kravitz (SBN 129704)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255<br>Telephone: (415) 489-7700<br>Facsimile: (415) 489-7701<br>E-Mail: kzeldin@linerlaw.com<br><br>JoAnna M. Esty (SBN 147903)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501<br>E-Mail: jesty@linerlaw.com<br><br>Howard G. Silverman (*pro hac vice*)<br>Vincent C. Cataldo (*pro hac vice*)<br>KANE AND SILVERMAN P.C.<br>The Philadelphian<br>2401 Pennsylvania Avenue Suite 1c-44<br>Philadelphia, PA 19130<br>Telephone: (215) 232-1000<br>Facsimile: (215) 232-0181<br>E-Mail: hgs@palegaladvice.com,<br>vcc@palegaladvice.com<br><br>Attorneys for Defendant and Counterclaimant DANIEL N. ZENCHELSKY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br>  v.<br><br>DANIEL N. ZENCHELSKY,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C05-00464 MJJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE RESCHEDULING OF CASE MANAGENT CONFERENCE**<br><br><br><br>Complaint Filed: February 1, 2005 |

STIPULATION
CASE NO. C05-00464 MJJ

WHEREAS, a Case Management Conference in this matter is set to be held on October 25, 2005;

WHEREAS, pursuant to the Court's October 11, 2005 Order, defendant will be amending his Counterclaim, and the counterclaim defendants will be responding thereafter;

**IT IS THEREFORE STIPULATED**, by and between counsel for the parties, who are authorized to execute this Stipulation on their clients' behalf, as follows:

The Case Management Conference shall be taken off calendar for October 25, 2005, and rescheduled for December 6, 2005, to allow the defendant time to amend his counterclaim, and allow the counterclaim defendants time to respond to that amended counterclaim.

**IT IS SO STIPULATED.**

Dated: October 24, 2005

FENWICK & WEST LLP

By: *Rachael Samberg*
Rachael G. Samberg

Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA, IMIN LEE & YU LIAO

Dated: October 24, 2005

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: *[signature]*
Joshua S. Levenberg

Attorneys for Defendant and Counterclaimant DANIEL N. ZENCHELSKY

[~~PROPOSED~~] ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: _____10/25_____, 2005

*[signature]*
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION
CASE NO. C05-00464 MJJ

2