| | | |
|---|---|---|
| 1 | Kathryn J. Fritz (SBN 148200)<br>Rachael G. Samberg (SBN 223694) | Kim Zeldin (SBN 135780)<br>Ronald S. Kravitz (SBN 129704) |
| 2 | FENWICK & WEST LLP<br>275 Battery Street, Suite 1500 | LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 875-2300 | 199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255 |
| 4 | Facsimile: (415) 281-1350<br>E-mail: kfritz@fenwick.com | Telephone: (415) 489-7700<br>Facsimile: (415) 489-7701 |
| 5 | | E-Mail: kzeldin@linerlaw.com |

Karen P. Anderson (SBN 193618)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
E-mail: kanderson@fenwick.com

Attorneys for Plaintiff and Counterclaim
Defendant PROTEGO NETWORKS, INC., now
Protego Networks LLC, and Counterclaim
Defendants PARTHA BHATTACHARYA,
IMIN LEE & YU LIAO

JoAnna M. Esty (SBN 147903)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
E-Mail: jesty@linerlaw.com

Howard G. Silverman (*pro hac vice*)
Vincent C. Cataldo (*pro hac vice*)
KANE AND SILVERMAN P.C.
The Philadelphian
2401 Pennsylvania Avenue Suite 1c-44
Philadelphia, PA 19130
Telephone: (215) 232-1000
Facsimile: (215) 232-0181
E-Mail: hgs@palegaladvice.com,
vcc@palegaladvice.com

Attorneys for Defendant and Counterclaimant
DANIEL N. ZENCHELSKY

FILED
DEC 0 6 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DANIEL N. ZENCHELSKY,<br><br>　　　　　　Defendant. | Case No. C05-00464 MJJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIM. | Complaint Filed: February 1, 2005 |

STIPULATION & [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO. C05-00464 MJJ

1  WHEREAS, a Case Management Conference in this matter is presently scheduled for
2  December 6, 2005, at 2:00 p.m.;
3  WHEREAS, defendant and counterclaimant filed a second amended counterclaim on
4  November 22, 2005, a response to which is not due until December 12, 2005;
5  **IT IS THEREFORE STIPULATED** by and between counsel for the parties, who are
6  authorized to execute this Stipulation on their clients' behalf, that the Case Management
7  Conference be continued approximately thirty to forty-five days.
8  **IT IS SO STIPULATED.**
9  Dated: December 1, 2005                FENWICK & WEST LLP

By:  /s/Karen P. Anderson
          Karen P. Anderson

Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA, IMIN LEE & YU LIAO

Dated: December 1, 2005                LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By:  /s/Joshua S. Levenberg
          Joshua S. Levenberg

Attorneys for Defendant and Counterclaimant DANIEL N. ZENCHELSKY

[~~PROPOSED~~] ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:** The Case Management Conference presently scheduled for December 6, 2005, is continued to JANUARY 31, 2006, at 2:00 p.m. A joint Case Management Conference statement shall be filed no later than 1/23, 2006.

Dated: 12/6, 2005

/s/ Martin J. Jenkins
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION & [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO. C05-00464 MJJ

2