**FILED**
DEC 0 9 2005
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1  Kathryn J. Fritz (SBN 148200)<br>   Rachael G. Samberg (SBN 223694)<br>2  FENWICK & WEST LLP<br>   275 Battery Street, Suite 1500<br>3  San Francisco, CA 94111<br>   Telephone: (415) 875-2300<br>4  Facsimile: (415) 281-1350<br>   E-mail: kfritz@fenwick.com<br>5<br>   Karen P. Anderson (SBN 193618)<br>6  FENWICK & WEST LLP<br>   Silicon Valley Center<br>7  801 California Street<br>   Mountain View, CA 94041<br>8  Telephone: (650) 988-8500<br>   Facsimile: (650) 938-5200<br>9  E-mail: kanderson@fenwick.com<br><br>10 Attorneys for Plaintiff and Counterclaim<br>   Defendant PROTEGO NETWORKS, INC., now<br>11 Protego Networks LLC, and Counterclaim<br>   Defendants PARTHA BHATTACHARYA,<br>12 IMIN LEE & YU LIAO | Kim Zeldin (SBN 135780)<br>Ronald S. Kravitz (SBN 129704)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255<br>Telephone: (415) 489-7700<br>Facsimile: (415) 489-7701<br>E-Mail: kzeldin@linerlaw.com<br><br>JoAnna M. Esty (SBN 147903)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501<br>E-Mail: jesty@linerlaw.com<br><br>Howard G. Silverman (*pro hac vice*)<br>Vincent C. Cataldo (*pro hac vice*)<br>KANE AND SILVERMAN P.C.<br>The Philadelphian<br>2401 Pennsylvania Avenue Suite 1c-44<br>Philadelphia, PA 19130<br>Telephone: (215) 232-1000<br>Facsimile: (215) 232-0181<br>E-Mail: hgs@palegaladvice.com,<br>vcc@palegaladvice.com<br><br>Attorneys for Defendant and Counterclaimant<br>DANIEL N. ZENCHELSKY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL N. ZENCHELSKY,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C05-00464 MJJ<br><br>**STIPULATION EXTENDING TIME FOR COUNTERCLAIM DEFENDANTS TO RESPOND TO SECOND AMENDED COUNTERCLAIM**<br><br>Complaint Filed: February 1, 2005 |

STIPULATION RE: SACC
CASE NO. C05-00464 MJJ

1  Pursuant to N.D. Cal. Civil Local Rule 6-1(a), the parties to the above-entitled action
2  stipulate that counterclaim defendants Protego Networks LLC (formerly Protego Networks, Inc.),
3  Partha Bhattacharya, and Imin Lee shall each have up through and including December 16, 2005,
4  to answer the second amended counterclaim, which counterclaim was filed and served on
5  November 22, 2005 ("SACC"). Pursuant to N.D. Cal. Civil Local Rule 6-1(a), the parties to the
6  above-entitled action further stipulate that counterclaim defendant Yu Liao shall have up through
7  and including January 20, 2006, to answer or otherwise respond to the SACC.
8  These enlargements of time will not alter the date of any event or any deadline already
9  fixed by Court order.

10  **IT IS SO STIPULATED.**

11  Dated: December 7, 2005                           FENWICK & WEST LLP

By: ___s/Karen P. Anderson___
        Karen P. Anderson

Attorneys for Plaintiff and Counterclaim Defendant
PROTEGO NETWORKS, INC., now Protego
Networks LLC, and Counterclaim Defendants
PARTHA BHATTACHARYA, IMIN LEE & YU
LIAO

17  Dated: December ___, 2005                         LINER YANKELEVITZ SUNSHINE &
                                                     REGENSTREIF LLP

By: _____
        Joshua S. Levenberg

Attorneys for Defendant and Counterclaimant
DANIEL N. ZENCHELSKY

STIPULATION RE: SACC                     2
CASE NO. C05-00464 MJJ

1  Pursuant to N.D. Cal. Civil Local Rule 6-1(a), the parties to the above-entitled action
2  stipulate that counterclaim defendants Protego Networks LLC (formerly Protego Networks, Inc.),
3  Partha Bhattacharya, and Imin Lee shall each have up through and including December 16, 2005,
4  to answer the second amended counterclaim, which counterclaim was filed and served on
5  November 22, 2005 ("SACC"). Pursuant to N.D. Cal. Civil Local Rule 6-1(a), the parties to the
6  above-entitled action further stipulate that counterclaim defendant Yu Liao shall have up through
7  and including January 20, 2006, to answer or otherwise respond to the SACC.

8  These enlargements of time will not alter the date of any event or any deadline already
9  fixed by Court order.

10  **IT IS SO STIPULATED.**

11  Dated: December ___, 2005          FENWICK & WEST LLP

13                                      By: _____
                                              Karen P. Anderson
14                                      Attorneys for Plaintiff and Counterclaim Defendant
                                        PROTEGO NETWORKS, INC., now Protego
15                                      Networks LLC, and Counterclaim Defendants
                                        PARTHA BHATTACHARYA, IMIN LEE & YU
16                                      LIAO

17  Dated: December 7, 2005             LINER YANKELEVITZ SUNSHINE &
                                        REGENSTREIF LLP
18
19                                      By: _____
                                              Joshua S. Levenberg
20                                      Attorneys for Defendant and Counterclaimant
                                        DANIEL N. ZENCHELSKY

                                        IT IS SO ORDERED

                                        _____
                                        MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE
                                        12/9/2005
                                        DATE

STIPULATION RE: SACC
CASE NO. C05-00464 MJJ