# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC. a Delaware corporation,<br>    Plaintiff,<br>vs.<br><br>DANIEL N. ZENCHELSKY,<br>    Defendant.<br><br>DANIEL N. ZENCHELSKY,<br>    Counterclaimant,<br>vs.<br><br>PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO,<br>    Counterdefendants. | Case No. C05-00464 - MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST OF DEFENDANT ZENCHELSKY TO HAVE COUNSEL APPEAR TELEPHONICALLY AT JANUARY 31, 2006 CASE MANAGEMENT CONFERENCE |

The Court, having considered Defendant Zenchelsky's request to have its co-counsel, Howard Silverman, of the firm Kane and Silverman, P.C., appear telephonically at the Court's Case Management Conference, which is scheduled to take place on January 31, 2006 at 2:00 p.m., hereby grants such motion. Please contact the Courtroom Deputy at (415) 522-2123 for instructions.

**IT IS SO ORDERED.**

Dated: 1/25/2006

_____
United States District Judge