Dbt f !4;16.dw11575.NKK!!!!!Epdvn fou76!!!!!Gjrhe!1302403117!!!!!Qbhf !2!pg4

E-filing

FILED
FEB 15 2006
RICHARD W. WICKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn J. Fritz (SBN 148200) | Kim Zeldin (SBN 135780) |
| Rachael G. Samberg (SBN 223694) | Ronald S. Kravitz (SBN 129704) |
| FENWICK & WEST LLP | LINER YANKELEVITZ |
| 275 Battery Street, Suite 1500 | SUNSHINE & REGENSTREIF LLP |
| San Francisco, CA 94111 | 199 Fremont Street, 20th Floor |
| Telephone: (415) 875-2300 | San Francisco, CA 94105-2255 |
| Facsimile: (415) 281-1350 | Telephone: (415) 489-7700 |
| E-mail: kfritz@fenwick.com | Facsimile: (415) 489-7701 |
| | E-Mail: kzeldin@linerlaw.com |
| Karen P. Anderson (SBN 193618) | |
| FENWICK & WEST LLP | JoAnna M. Esty (SBN 147903) |
| Silicon Valley Center | LINER YANKELEVITZ |
| 801 California Street | SUNSHINE & REGENSTREIF LLP |
| Mountain View, CA 94041 | 1100 Glendon Avenue, 14th Floor |
| Telephone: (650) 988-8500 | Los Angeles, California 90024-3503 |
| Facsimile: (650) 938-5200 | Telephone: (310) 500-3500 |
| E-mail: kanderson@fenwick.com | Facsimile: (310) 500-3501 |
| | E-Mail: jesty@linerlaw.com |

Attorneys for Plaintiff and Counterclaim
Defendant PROTEGO NETWORKS, INC., now
Protego Networks LLC, and Counterclaim
Defendants PARTHA BHATTACHARYA,
IMIN LEE & YU LIAO

Howard G. Silverman (*pro hac vice*)
Vincent C. Cataldo (*pro hac vice*)
KANE AND SILVERMAN P.C.
The Philadelphian
2401 Pennsylvania Avenue Suite 1c-44
Philadelphia, PA 19130
Telephone: (215) 232-1000
Facsimile: (215) 232-0181
E-Mail: hgs@palegaladvice.com,
vcc@palegaladvice.com

Attorneys for Defendant and Counterclaimant
DANIEL N. ZENCHELSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> DANIEL N. ZENCHELSKY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. C05-00464 MJJ <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE RESCHEDULING OF CASE MANAGENT CONFERENCE** <br><br><br><br> Complaint Filed: February 1, 2005 |

STIPULATION
CASE NO. C05-00464 MJJ

1   WHEREAS, on February 1, 2006, the Court scheduled a Case Management Conference in
2   this matter to be held on February 14, 2006;
3   WHEREAS, on February 10, 2006, counsel for Plaintiff and Counterclaim Defendants
4   was ordered to appear for jury selection on February 14, 2006 and, as a result, can no longer
5   attend the Case Management Conference;
6   WHEREAS, counsel for all parties are available on March 15, 2006 for a Case
7   Management Conference;
8   **IT IS THEREFORE STIPULATED**, by and between counsel for the parties, who are
9   authorized to execute this Stipulation on their clients' behalf, as follows:
10  The Case Management Conference shall be taken off calendar for February 14, 2006, and
11  rescheduled for March 15, 2006, or at another date and time at the Court's convenience.
12  **IT IS SO STIPULATED.**

13  Dated: February 13, 2006          FENWICK & WEST LLP

                                      By: _____Rachael Samberg_____
                                              Rachael G. Samberg

                                      Attorneys for Plaintiff and Counterclaim Defendant
                                      PROTEGO NETWORKS, INC., now Protego
                                      Networks LLC, and Counterclaim Defendants
                                      PARTHA BHATTACHARYA, IMIN LEE & YU
                                      LIAO

19  Dated: February 13, 2006          LINER YANKELEVITZ SUNSHINE &
                                      REGENSTREIF LLP

                                      By: _____Joshua S. Levenberg_____
                                              Joshua S. Levenberg

                                      Attorneys for Defendant and Counterclaimant
                                      DANIEL N. ZENCHELSKY


                                      IT IS SO ORDERED

                                      _____
                                      MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE
                                      2/15/2006
                                      DATE

STIPULATION                           1
CASE NO. C05-00464 MJJ

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. THE CASE MANAGEMENT CONFERENCE IS RESCHEDULED FOR __3/14__, 2006 AT

3  __2 pm__.

4  Dated: _____, 2006

5  THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE