UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEGO NETWORKS, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> DANIEL N. ZENCHELSKY, et ) <br> al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C 05-0464 MJJ (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Wednesday, September 19, 2007 at 3:00 p.m.** to discuss the settlement process. Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.** In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov**.

Dated:  March 21, 2006

                                   _____
                                        Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\PROTEGO.PATENTSTATUSCONF.ORD.wpd

1