UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEGO NETWORKS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> DANIEL N. ZENCHELSKY, et al., <br><br> Defendant(s). | No. C 05-0464 MJJ (BZ) <br><br> **AMENDED ORDER CORRECTING DATE OF TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Tuesday, September 19, 2006 at 3:00 p.m.** to discuss the settlement process.  Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.**  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated:  March 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\PROTEGO.PATENTSTATUSCONF.ORD.wpd

1