| | |
|---|---|
| Kathryn J. Fritz (SBN 148200)<br>Rachael G. Samberg (SBN 223694)<br>FENWICK & WEST LLP<br>275 Battery Street, Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>E-mail: kfritz@fenwick.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA, IMIN LEE & YU LIAO | Kim Zeldin (SBN 135780)<br>Ronald S. Kravitz (SBN 129704)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255<br>Telephone: (415) 489-7700<br>Facsimile: (415) 489-7701<br>E-Mail: kzeldin@linerlaw.com<br><br>JoAnna M. Esty (SBN 147903)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501<br>E-Mail: jesty@linerlaw.com<br><br>Howard G. Silverman (*pro hac vice*)<br>Vincent C. Cataldo (*pro hac vice*)<br>KANE AND SILVERMAN P.C.<br>The Philadelphian<br>2401 Pennsylvania Avenue Suite 1c-44<br>Philadelphia, PA 19130<br>Telephone: (215) 232-1000<br>Facsimile: (215) 232-0181<br>E-Mail: hgs@palegaladvice.com,<br>vcc@palegaladvice.com<br><br>Attorneys for Defendant and Counterclaimant DANIEL N. ZENCHELSKY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>     Plaintiff,<br> v.<br><br>DANIEL N. ZENCHELSKY,<br><br>     Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C05-00464 MJJ<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE: LEAVE FOR ZENCHELSKY TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIM AND GRANT OF EXTENSION OF TIME IN WHICH TO REPLY**<br><br>Complaint Filed: February 1, 2005 |

STIPULATION
CASE NO. C05-00464 MJJ

1  WHEREAS, on October 11, 2005 this Court issued an order dismissing Defendant and Counterclaimant Zenchelsky's ("Zenchelsky") Fifth Cause of Action for Declaratory Judgment as to Authorship, Inventorship and Ownership and his Sixth Cause of Action for Correction of Inventorship relating to United States Patent Application No. 2004/0260763, citing a lack of jurisdiction to hear such claims relating to a *pending* United States patent application;

WHEREAS, on January 10, 2006, United States Patent Application No. 2004/0260763 issued as United States Patent No. 6,985,920 ("'920 Patent");

WHEREAS, now that the relevant patent has issued, Zenchelsky, believing the issues are ripe for adjudication by this Court, intends to amend his Second Amended Answer and Counterclaim ("SAC") to include causes of action for Declaratory Judgment as to Authorship, Inventorship and Ownership relating to '920 Patent, and for Correction of Inventorship relating to '920 Patent;

WHEREAS, Zenchelsky's Second Amended Answer and Counterclaim ("SAC") does not reflect the fact that the copyright applications under review at the time his SAC was filed have since been granted;

WHEREAS, Zenchelsky intends to amend his SAC to reflect the fact that relevant copyrights have been granted to him;

WHEREAS, Plaintiff and Counterclaim Defendants do not object to the amendments described above, or to Zenchelsky filing a Third Amended Answer and Counterclaim ("TAAC") to incorporate such amendments;

**IT IS THEREFORE STIPULATED**, by and between counsel for the parties, who are authorized to execute this Stipulation on their clients' behalf, as follows:

Zenchelsky shall be permitted to file his Third Amended Answer and Counterclaim to re-state the Fifth and Sixth Causes of Action that were dismissed by this Court on October 11, 2005, to reflect the fact that the '920 Patent has issued and to reflect the fact that Zenchelsky's copyright applications described in his Second Amended Answer and Counterclaim were granted. As a courtesy, Zenchelsky will grant Plaintiff and Counterclaim Defendants until April 29, 2006 to respond to Zenchelsky's Third Amended Answer and Counterclaim.

STIPULATION
CASE NO. C05-00464 MJJ

IT IS SO STIPULATED.

Dated: March 31, 2006

FENWICK & WEST LLP

By: /s/ Rachael G. Samberg
Rachael G. Samberg

Attorneys for Plaintiff and Counterclaim Defendant PROTEGO NETWORKS, INC., now Protego Networks LLC, and Counterclaim Defendants PARTHA BHATTACHARYA, IMIN LEE & YU LIAO

Dated: March 30, 2006

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: /s/ Joshua S Levenberg

Attorneys for Defendant and Counterclaimant DANIEL N. ZENCHELSKY

### [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 4/12/2006, ~~2005~~

/s/ Martin J. Jenkins
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION
CASE NO. C05-00464 MJJ

3