E-filing

FRANKLIN BROCKWAY GOWDY (SBN 47918)
MOLLY M. LANE (SBN 149206)
BRETT M. SCHUMAN (SBN 189247)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: bschuman@morganlewis.com

Attorneys for Plaintiff and Counterclaim Defendants

FILED

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>    *Plaintiff,*<br><br>vs.<br><br>DANIEL N. ZENCHELSKY,<br><br>    *Defendant.* | Case No. C05-00464 MJJ<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |
| DANIEL N. ZENCHELSKY,<br><br>    *Counterclaimaint*,<br><br>vs.<br><br>PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO,<br><br>    *Counterclaim Defendants.* | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff and counterclaim defendants, PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO, hereby substitute the law firm of Morgan, Lewis & Bockius LLP in place of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365271.1      1      (NOTICE OF SUBSTITUTION OF ATTORNEYS, CASE NO. C05-00464 MJJ)

1  Fenwick & West LLP in these proceedings. Counsel of record, Fenwick & West LLP, and any of
2  its attorneys, will no longer represent plaintiff and counterclaim defendants in this matter.
3      PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA
4  BHATTACHARYA, IMIN LEE, and YU LIAO respectfully request that the necessary changes
5  be made to the service list and to the Court's records, and that all future communications
6  regarding this case be directed to:

7      FRANKLIN BROCKWAY GOWDY
    MOLLY M. LANE
8      BRETT M. SCHUMAN
    MORGAN, LEWIS & BOCKIUS LLP
9      One Market, Spear Street Tower
    San Francisco, CA 94105-1126
10     Tel: 415.442.1000
    Fax: 415.442.1001
11     Email: bschuman@morganlewis.com

12     We hereby consent to the substitution of attorneys.

13 PROTEGO NETWORKS, INC.    PARTHA BHATTACHARYA
   PROTEGO NETWORKS LLC
14

15
16 By _____    By _____
        Mark Chandler                     Partha Battacharya
17 Dated: _____, 2006    Dated: _____, 2006

18 IMIN LEE                              YU LIAO
19

20
21 By _____    By _____
        Imin Lee                             Yu Liao

22 Dated: _____, 2006    Dated: _____, 2006

23 FENWICK & WEST LLP    MORGAN, LEWIS & BOCKIUS LLP

24

25 By _____    By _____
        Kathryn J. Fritz                      Brett M. Schuman
26
27 Dated: _____, 2006    Dated: _____, 2006

28

1  Fenwick & West LLP in these proceedings. Counsel of record, Fenwick & West LLP, and any of
2  its attorneys, will no longer represent plaintiff and counterclaim defendants in this matter.
3      PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA
4  BHATTACHARYA, IMIN LEE, and YU LIAO respectfully request that the necessary changes
5  be made to the service list and to the Court's records, and that all future communications
6  regarding this case be directed to:

7      FRANKLIN BROCKWAY GOWDY
    MOLLY M. LANE
8      BRETT M. SCHUMAN
    MORGAN, LEWIS & BOCKIUS LLP
9      One Market, Spear Street Tower
    San Francisco, CA 94105-1126
10     Tel: 415.442.1000
    Fax: 415.442.1001
11     Email: bschuman@morganlewis.com

12     We hereby consent to the substitution of attorneys.

13 PROTEGO NETWORKS, INC.      PARTHA BHATTACHARYA
   PROTEGO NETWORKS LLC
14

15

16 By _____   By _____
    Mark Chandler       Partha Battacharya

17 Dated: _____, 2006   Dated: _____, 2006

18 IMIN LEE   YU LIAO
19

20
   By _____   By _____
21     Imin Lee       Yu Liao

22 Dated: April 26, 2006   Dated: _____, 2006

23 FENWICK & WEST LLP   MORGAN, LEWIS & BOCKIUS LLP
24

25 By _____   By _____
    Kathryn J. Fritz       Brett M. Schuman
26
Dated: _____, 2006   Dated: _____, 2006
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365271.1      2      (NOTICE OF SUBSTITUTION OF ATTORNEYS, CASE
NO. C05-00464 MJJ)

1  Fenwick & West LLP in these proceedings. Counsel of record, Fenwick & West LLP, and any of
2  its attorneys, will no longer represent plaintiff and counterclaim defendants in this matter.
3       PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA
4  BHATTACHARYA, IMIN LEE, and YU LIAO respectfully request that the necessary changes
5  be made to the service list and to the Court's records, and that all future communications
6  regarding this case be directed to:

     FRANKLIN BROCKWAY GOWDY
     MOLLY M. LANE
     BRETT M. SCHUMAN
     MORGAN, LEWIS & BOCKIUS LLP
     One Market, Spear Street Tower
     San Francisco, CA 94105-1126
     Tel: 415.442.1000
     Fax: 415.442.1001
     Email: bschuman@morganlewis.com

12       We hereby consent to the substitution of attorneys.

| PROTEGO NETWORKS, INC.<br>PROTEGO NETWORKS LLC | PARTHA BHATTACHARYA |
|---|---|
| By _____<br>    Mark Chandler | By _____<br>    Partha Battacharya |
| Dated: _____, 2006 | Dated: _____, 2006 |
| IMIN LEE | YU LIAO |
| By _____<br>    Imin Lee | By _____<br>    Yu Liao |
| Dated: _____, 2006 | Dated: _____, 2006 |
| FENWICK & WEST LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By /s/ Kathryn J. Fritz | By _____<br>    Brett M. Schuman |
| Dated: April 26, 2006 | Dated: _____, 2006 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365271.1     2     (NOTICE OF SUBSTITUTION OF ATTORNEYS; CASE
NO. C05-00464 MJJ)

1  Fenwick & West LLP in these proceedings. Counsel of record, Fenwick & West LLP, and any of
2  its attorneys, will no longer represent plaintiff and counterclaim defendants in this matter.
3        PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA
4  BHATTACHARYA, IMIN LEE, and YU LIAO respectfully request that the necessary changes
5  be made to the service list and to the Court's records, and that all future communications
6  regarding this case be directed to:

      FRANKLIN BROCKWAY GOWDY
      MOLLY M. LANE
      BRETT M. SCHUMAN
      MORGAN, LEWIS & BOCKIUS LLP
      One Market, Spear Street Tower
      San Francisco, CA 94105-1126
      Tel: 415.442.1000
      Fax: 415.442.1001
      Email: bschuman@morganlewis.com

12      We hereby consent to the substitution of attorneys.

PROTEGO NETWORKS, INC.                     PARTHA BHATTACHARYA
PROTEGO NETWORKS LLC


By _____                 By /s/ Partha Bhattacharya
   Mark Chandler                              Partha Battacharya

Dated: _____, 2006               Dated: May 1, 2006

IMIN LEE                                   YU LIAO


By _____                 By _____
   Imin Lee                                   Yu Liao

Dated: _____, 2006               Dated: _____, 2006

FENWICK & WEST LLP                         MORGAN, LEWIS & BOCKIUS LLP


By _____                 By _____
   Kathryn J. Fritz                           Brett M. Schuman

Dated: _____, 2006               Dated: _____, 2006

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365271.1                                  2           (NOTICE OF SUBSTITUTION OF ATTORNEYS, CASE
                                                                       NO. C05-00464 MJJ)

1. Fenwick & West LLP in these proceedings. Counsel of record, Fenwick & West LLP, and any of
2. its attorneys, will no longer represent plaintiff and counterclaim defendants in this matter.
3.     PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA
4. BHATTACHARYA, IMIN LEE, and YU LIAO respectfully request that the necessary changes
5. be made to the service list and to the Court's records, and that all future communications
6. regarding this case be directed to:

    FRANKLIN BROCKWAY GOWDY
    MOLLY M. LANE
    BRETT M. SCHUMAN
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1126
    Tel: 415.442.1000
    Fax: 415.442.1001
    Email: bschuman@morganlewis.com

12. We hereby consent to the substitution of attorneys.

PROTEGO NETWORKS, INC.
PROTEGO NETWORKS LLC

PARTHA BHATTACHARYA

By _____
   Mark Chandler

By _____
   Partha Battacharya

Dated: _____, 2006

Dated: _____, 2006

IMIN LEE

YU LIAO

By _____
   Imin Lee

By _____*signature*_____
   Yu Liao

Dated: _____, 2006

Dated: 04/28/06, 2006

FENWICK & WEST LLP

MORGAN, LEWIS & BOCKIUS LLP

By _____
   Kathryn J. Fritz

By _____
   Brett M. Schuman

Dated: _____, 2006

Dated: _____, 2006

1 Fenwick & West LLP in these proceedings. Counsel of record, Fenwick & West LLP, and any of
2 its attorneys, will no longer represent plaintiff and counterclaim defendants in this matter.
3    PROTEGO NETWORKS, INC., PROTEGO NETWORKS LLC, PARTHA
4 BHATTACHARYA, IMIN LEE, and YU LIAO respectfully request that the necessary changes
5 be made to the service list and to the Court's records, and that all future communications
6 regarding this case be directed to:

FRANKLIN BROCKWAY GOWDY
MOLLY M. LANE
BRETT M. SCHUMAN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: bschuman@morganlewis.com

12 We hereby consent to the substitution of attorneys.

PROTEGO NETWORKS, INC.
PROTEGO NETWORKS LLC

PARTHA BHATTACHARYA

By _____
    Mark Chandler

By _____
    Partha Battacharya

Dated: _____, 2006

Dated: _____, 2006

IMIN LEE

YU LIAO

By _____
    Imin Lee

By _____
    Yu Liao

Dated: _____, 2006

Dated: _____, 2006

FENWICK & WEST LLP

MORGAN, LEWIS & BOCKIUS LLP

By _____
    Kathryn J. Fritz

By _____
    Brett M. Schuman

Dated: _____, 2006

Dated: April 28, 2006

**PROPOSED ORDER**

1
2
3   IT IS SO ORDERED.
4
5
6   Dated: __5/2__, 2006          _____[signature]_____
7                                 The Hon. M. J. Jenkins
                                  Judge of the United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365271.1          3          (NOTICE OF SUBSTITUTION OF ATTORNEYS, CASE
                                   NO. C05-00464 MJJ)