FRANKLIN BROCKWAY GOWDY (SBN 47918)
MOLLY M. LANE (SBN 149206)
BRETT M. SCHUMAN (SBN 189247)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: bschuman@morganlewis.com

Attorneys for Plaintiff and Counterclaim Defendants

E-filing

**FILED**

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL N. ZENCHELSKY,<br><br>  Defendant. | Case No. C05-00464 MJJ<br><br>**STIPULATION EXTENDING TIME FOR COUNTERCLAIM DEFENDANTS TO RESPOND TO THIRD AMENDED COUNTERCLAIM** |
| DANIEL N. ZENCHELSKY,<br><br>  Counterclaimaint,<br><br>vs.<br><br>PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO,<br><br>  Counterclaim Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365353.1

STIPULATION RE: THIRD AMENDED COUNTERCLAIM,
CASE NO. C05-00464 MJJ

1  Pursuant to Civil Local Rule 6-1(a), the parties stipulate that counterclaim defendants
2  Protego Networks LLC (formerly Protego Networks, Inc.), Partha Battacharya, Imin Lee, and Yu
3  Liao shall each have up to and including May 19, 2006 to respond to the Third Amended
4  Counterclaim filed and served by Daniel N. Zenchelsky on March 31, 2006.

5  This stipulation will not alter the date of any event or any deadline fixed by Court order.

7  Dated: April 26, 2006                                    MORGAN, LEWIS & BOCKIUS LLP

9                                                           By _____
10                                                              Brett M. Schuman
                                                            Attorneys for Plaintiff and Counterclaim
11                                                          Defendant Protego Networks, Inc., now
                                                            Protego Networks LLC, and Counterclaim
12                                                          Defendants Partha Battacharya, Imin Lee & Yu
                                                            Liao

15  Dated: April __, 2006                                   LINER YANKELEVITZ SUNSHINE &
                                                            REGENSTREIF LLP

17                                                          By _____
18                                                              Joshua S. Levenberg

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365353.1                                              STIPULATION RE: THIRD AMENDED COUNTERCLAIM,
                                                            CASE NO. C05-00464 MJJ)

1  Pursuant to Civil Local Rule 6-1(a), the parties stipulate that counterclaim defendants
2  Protego Networks LLC (formerly Protego Networks, Inc.), Partha Battacharya, Imin Lee, and Yu
3  Liao shall each have up to and including May 19, 2006 to respond to the Third Amended
4  Counterclaim filed and served by Daniel N. Zenchelsky on March 31, 2006.
5  This stipulation will not alter the date of any event or any deadline fixed by Court order.

Dated: April 26, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____
Brett M. Schuman
Attorneys for Plaintiff and Counterclaim Defendant Protego Networks, Inc., now Protego Networks LLC, and Counterclaim Defendants Partha Battacharya, Imin Lee & Yu Liao

Dated: April 27, 2006

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By _____
Joshua S. Levenberg

Attorneys for Defendant, Counterclaimant Daniel N. Zenchelsky

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

5/2/2006
DATE

MORGAN LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7365353.1

STIPULATION RE: THIRD AMENDED COUNTERCLAIM,
CASE NO. C05-00464 MJJ