Ronald S. Kravitz, Esq. (SBN: 129704)
   rkravitz@linerlaw.com
Kim Zeldin, Esq. (SBN: 135780)
   kzeldin@linerlaw.com
Joshua S Levenberg, Esq. (SBN: 203504)
   jlevenberg@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

JoAnna M. Esty, Esq. (SBN: 147903)
   jesty@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles CA 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Howard G. Silverman (admitted *pro hac vice*)
KANE AND SILVERMAN P.C.
The Philadelphian
2401 Pennsylvania Avenue, Suite 1c-44
Philadelphia PA 19130
Telephone: (215) 232-1000
Facsimile: (215) 232-0181

Attorneys for Defendant and Counterclaimant
DANIEL N. ZENCHELSKY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL N. ZENCHELSKY,<br><br>    Defendant and Counterclaimant.<br><br>_____<br><br>DANIEL N. ZENCHELSKY,<br><br>    Counterclaimant,<br><br>vs. | Case No. C05-00464-MJJ<br><br>**STIPULATION EXTENDING TIME FOR DANIEL N. ZENCHELSKY TO FILE AND SERVE RESPONSE TO PROTEGO'S COUNTERCLAIM IN REPLY** AND ORDER<br><br>[Local Rule 6-1] |

1
Case No. C05-00464-MJJ
STIPULATION TO EXTEND TIME FOR ZENCHELSKY TO RESPOND TO COUNTERCLAIM IN REPLY

0093008/001/ 27825

| | |
|---|---|
| 1 | PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO, )
| 2 | )
| 3 | Counterdefendants. )

Plaintiff Protego Networks, Inc. and counterclaim defendants Protego Networks, LLC, Partha Bhattacharya, Imin Lee and Yu Liao ("Protego"), by their attorneys Morgan, Lewis & Bockius LLP, and defendant and counterclaimant Daniel N. Zenchelsky ("Zenchelsky"), by his attorneys Liner Yankelevitz Sunshine & Regenstreif LLP, do hereby stipulate that Zenchelsky shall have up to and including June 15, 2006, in which to answer or otherwise respond to Protego's Counterclaim in Reply, filed May 19, 2006.

This is the first extension of time on the response to the Counterclaim in Reply and will not alter the date of any event or deadline fixed by Court order.

Dated: June 12, 2006

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Joshua S Levenberg
Attorneys for Defendant and
Counterclaimant
DANIEL N. ZENCHELSKY

Dated: June 13, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Brett M. Schuman
Mark Kokanovich
Attorneys for Plaintiff PROTEGO
NETWORKS, INC. and Counterclaim
Defendants PROTEGO NETWORKS LLC,
IMIN LEE, PARTA BHATTACHARYA and
YU LIAO

IT IS SO ORDERED
Judge Martin J. Jenkins
6/22/2006

2    Case No. C05-00464-MJJ
STIPULATION TO EXTEND TIME FOR ZENCHELSKY TO RESPOND TO COUNTERCLAIM IN REPLY

0093008/001/ 27825