MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN B. GOWDY (SBN 47918)
MOLLY M. LANE (SBN 149206)
BRETT M. SCHUMAN (SBN 189247)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Protego Networks LLC f/k/a Protego Networks, Inc. (Plaintiff, Counterclaim Defendant and Counterclaimant in Reply) and Counterclaim Defendants Imin Lee, Partha Bhattacharya and Yu Liao

FILED
OCT 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTEGO NETWORKS, INC., a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DANIEL N. ZENCHELSKY,<br><br>*Defendant.* | Case No. C05-00464 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE SETTLEMENT |
| DANIEL N. ZENCHELSKY,<br><br>*Counterclaimant,*<br><br>v.<br><br>PROTEGO NETWORKS LLC, PARTHA BHATTACHARYA, IMIN LEE, AND YU LIAO,<br><br>*Counterclaim Defendants.* | |
| PROTEGO NETWORKS LLC,<br><br>*Counterclaimant in Reply,*<br><br>v.<br><br>DANIEL N. ZENCHELSKY,<br><br>*Counterclaim Defendant in Reply.* | |

Counterclaimant Daniel Zenchelsky ("Zenchelsky") and Counterclaim Defendants Protego Networks LLC ("Protego"), Imin Lee, Partha Bhattacharya, and Yu Liao (together, "Counterclaim Defendants") file this stipulation and proposed order to effectuate a tentative settlement of this litigation.

## RECITALS

WHEREAS, on or about July 6, 2005, Zenchelsky obtained the following registration certificates for works that he claimed to have either authored or co-authored: Description of Software Code and Combined Hardware Architecture- Version 4 (TXu1-247-626); Description of Software Code and Combined Hardware Architecture- Version 3 (TXu1-247-632); Description of Software Code and Combined Hardware Architecture- Version 2 (TXu-1-247-628); Description of Software Code and Combined Hardware Architecture- Typology Version 2 (TXu1-247-630); Description of Software Code and Combined Hardware Architecture- Typology (TXu-1-247-627); Description of Software Code and Combined Hardware Architecture and Marketing Requirements; Description of Software Code and Combined Hardware Architecture (TXu1-247-629); Nimda Worm Scenario; and Description of Software Code and Combined Hardware Architecture (TXu1-247-631).

WHEREAS, in his operative Answer and Third Amended Counterclaim, Zenchelsky alleges in a seventh cause of action that Counterclaim Defendants have infringed his purported copyrights;

WHEREAS, in their Reply to Third Amended Counterclaim, Counterclaim Defendants interposed several affirmative defenses to Zenchelsky's copyright infringement claim, including, but not limited to, invalidity of the copyright registrations, lack of originality, and fraud on the copyright office by Zenchelsky;

WHEREAS, Zenchelsky in his response to the counterclaim has denied all allegations of lack of originality and fraud;

WHEREAS, Zenchelsky and Counterclaim Defendants have entered into a settlement agreement resolving this litigation. In that agreement, Zenchelsky and Counterclaim Defendants have agreed, among other things, that: (1) the registration certificates identified above should be

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE
SETTLEMENT, Case No. C05-00464 MJJ

1  canceled; (2) the deposit copies of the works submitted by Zenchelsky to the Copyright Office are
2  claimed by Protego to contain confidential information and trade secrets; and (3) the Copyright
3  Office should deliver the deposit copies of the works submitted by Zenchelsky to counsel for
4  Protego, or treat the deposit copies as confidential and proprietary material;
5  WHEREAS, Zenchelsky and Counterclaim Defendants understand that an Order from
6  this Court directing the Copyright Office to take the aforementioned actions is required.

### STIPULATION

8  WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
9  Zenchelsky and Counterclaim Defendants, through their respective counsel, that:
10  1. The Court should declare that Zenchelsky's registrations, and asserted copyrights, in
11  the works entitled Description of Software Code and Combined Hardware Architecture- Version 4
12  (TXu1-247-626); Description of Software Code and Combined Hardware Architecture- Version 3
13  (TXu1-247-632); Description of Software Code and Combined Hardware Architecture- Version 2
14  (TXu-1-247-628); Description of Software Code and Combined Hardware Architecture- Typology
15  Version 2 (TXu1-247-630); Description of Software Code and Combined Hardware Architecture-
16  Typology (TXu-1-247-627); Description of Software Code and Combined Hardware Architecture
17  and Marketing Requirements; Description of Software Code and Combined Hardware Architecture
18  (TXu1-247-629); Nimda Worm Scenario; and Description of Software Code and Combined
19  Hardware Architecture (TXu1-247-631) are invalid and should be canceled by the Copyright Office.
20  2. The Court should direct the Copyright Office to ~~return to Protego's counsel, Brett~~ treat the deposit copies as if they had been filed
21  ~~Schuman of Morgan, Lewis & Bockius LLP, Spear Street Tower, One Market, San Francisco,~~ pursuant to Copyright Office, Circular 61, pertaining
22  ~~California 94105, the deposit copies of all works submitted by Zenchelsky with the copyright~~ to the registration of "Computer Programs Containing
23  ~~applications for the registrations identified in~~ the preceding paragraph ~~or, at a minimum, direct the~~ Trade Secrets, may
24  ~~Copyright Office to treat the deposit copies as confidential and proprietary material.~~
25  **SO STIPULATED.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE
SETTLEMENT, Case No. C05-00464 MJJ

Dated: August 1⁄, 2006        MORGAN, LEWIS & BOCKIUS LLP

By _____
   Brett M. Schuman
*Attorneys for Protego Networks LLC f/k/a Protego Networks, Inc. (Plaintiff, Counterclaim Defendant and Counterclaimant in Reply) and Counterclaim Defendants Imin Lee, Partha Bhattacharya and Yu Liao*

Dated: August 18, 2006        KANE AND SILVERMAN P.C.

By _____
   Howard G. Silverman
*Attorneys for Counterclaimant and Counterclaim Defendant Daniel N. Zenchelsky*

**~~PROPOSED~~ ORDER**

**IT IS SO ORDERED.**

Dated: 10/11, 2006        _____
                          The Hon. M. J. Jenkins
                          Judge of the United States District Court